■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN AGUAYO, Appellant. [20 NYS3d 902]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 7, 2011 (*People v Aguayo*, 85 AD3d 809 [2011]), affirming a judgment of the Supreme Court, Kings County, rendered May 29, 2009.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Leventhal and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAYQUAN BOONE, Appellant. [20 NYS3d 903]—Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered January 22, 2014, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Brown*, 122 AD3d 133, 145 [2014]; *see also People v Edmunson*, 109 AD3d 621, 622 [2013]), and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Dickerson, Maltese and LaSalle, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX BRUNO, Appellant. [20 NYS3d 899]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 11, 1990 (*People v Bruno*, 162 AD2d 545 [1990]), affirming a judgment of the County Court, Westchester County, rendered July 15, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Mastro, Rivera and Miller, JJ., concur.